# <u>EXHIBIT A</u>

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount | |
|---|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Reed-Lane, Inc. | 12/14/2022 | 266593 | Check | $ | 50,915.16 |
| Akorn Operating Company, LLC | Reed-Lane, Inc. | 1/19/2023 | 267021 | Check | $ | 1,250.00 |
| Akorn Operating Company, LLC | Reed-Lane, Inc. | 1/23/2023 | 267094 | Check | $ | 6,250.00 |
| Akorn Operating Company, LLC | Reed-Lane, Inc. | 2/23/2023 | 267364 | Check | $ | 1,250.00 |
| | | | | | $ | 59,665.16 |